THE STATE OF OHIO, APPELLEE, *v.* BIES, APPELLANT.

[Cite as *State v. Bies* (1997), 79 Ohio St.3d 192.]

(No. 97–12—Submitted May 6, 1997—Decided July 16, 1997.)

*Joseph T. Deters,* Hamilton County Prosecuting Attorney, and *William E. Breyer,* Assistant Prosecuting Attorney, for appellee.

*Hallowes, Allen & Haynes* and *S. Scott Haynes;* and *J. Joseph Bodine, Jr.,* Assistant State Public Defender, for appellant.

---

*Per Curiam.* We affirm the judgment of the court of appeals denying appellant's application for reopening for the same reasons articulated by the court of appeals. Appellant has offered no compelling justification why his application was filed beyond the time strictures of App. R. 26(B).

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.